USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2023

# LANDMAN CORSI BALLAINE &

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

TINA S. BHATT
MEMBER

TEL: (212) 238-4835
EMAIL: tbhatt@lcbf.com

120 BROADWAY
13TH FLOOR
NEW YORK, NEW YORK 10271

TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848

www.lcbf.com

Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

300 Delaware Avenue, Suite 210

> **Application granted.** The conference previously scheduled on Monday, October 16, 2023 at 2:30 p.m. is **adjourned to Tuesday, December 12, 2023 at 12:15 p.m.** in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York NY. Should the parties require an extension of the discovery deadlines, they must request said extension at least 48 hours in advance of the deadline. The parties shall file a status letter on **Monday, November 13, 2023** providing an update as to the status of discovery and settlement.
>
> SO ORDERED:
> /s/ Katharine H. Parker
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE
> 10/13/2023

VIA ECF

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court, S.D.N.Y.

Re:   Flint v. 1515 Broadway Owner LP et al.

Dear Judge Parker:

We represent defendant 1515 Broadway Owner LP in the above-referenced matter. We write jointly on behalf of all parties, and in accordance with Rule 1(c) of Your Honor's Individual Practices in Civil Cases, to request a 60-day adjournment of the case management conference scheduled for Monday, October 16, 2023, at 2:30 p.m. This is the first request for an adjournment of this conference and all parties consent to this request. The parties request an adjournment because they are actively engaged in good faith settlement discussions, which may resolve this matter without the need for further Court intervention.

Over the last few weeks, the parties have made significant progress towards an agreement on the non-monetary terms, and we are now turning our attention to the monetary terms, including the possibility of private mediation, which one of the parties proposed earlier today. Accordingly, the parties respectfully request a 60-day adjournment of the 10/16/23 status conference to enable the parties an opportunity to potentially mediate and/or otherwise resolve this case entirely.

Thank you for your consideration of this request.

Respectfully Submitted,

_/s/ Tina S. Bhatt_
Tina S. Bhatt

Cc: all counsel of record (via ECF)