# LANDMAN CORSI BALLAINE & FORD P.C.

A NEW YORK PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

**TINA S. BHATT**
MEMBER
TEL: (212) 238-4835
EMAIL: tbhatt@lcbf.com

120 BROADWAY
13TH FLOOR
NEW YORK, NEW YORK 10271
TELEPHONE (212) 238-4800
FACSIMILE (212) 238-4848
www.lcbf.com

One Gateway Center, 22nd Floor
Newark, NJ 07102
Tel: (973) 623-2700

One Penn Center
1617 JFK Boulevard, Suite 955
Philadelphia, PA 19103
Tel: (215) 561-8540

300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Tel: (302) 514-6901

**MEMO ENDORSED**

December 11, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2023

VIA ECF
Hon. Katharine H. Parker, U.S.M.J.
United States District Court, S.D.N.Y.

Re: <u>Flint v. 1515 Broadway Owner LP et al, 1:23-cv-00086-PGG-KHP</u>

Dear Judge Parker:

We represent defendant 1515 Broadway Owner LP in the above-referenced matter. We write jointly on behalf of all parties, and in accordance with Rule 1(c) of Your Honor's Individual Practices in Civil Cases, to request a 90-day adjournment of the case management conference scheduled for Tuesday, December 12, 2023, at 12:15 p.m.

This is the second request for an adjournment of this status conference. The first request was granted because the parties were attempting to schedule the mediation. The parties request a further adjournment because the case has now been referred to the SDNY Mediation Office, which has directed the parties to select a mediation after February 1, 2024.

The parties are also discussing modifications to the discovery deadlines in the event the matter does not settle at mediation. Any request to extend deadlines will be submitted under separate letter motion.

Thank you for your consideration of this request.

Respectfully Submitted,

/s/ Tina S. Bhatt
Tina S. Bhatt

**APPLICATION GHRANTED:** The Case Management Conference scheduled on Tuesday, December 12, 2023 at 12:15 p.m. in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York NY is hereby adjourned to <u>Monday, March 4, 2024 at 2:00 p.m.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
12/12/2023